# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHONNELL TYSON,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>　　　　Defendant(s). | Case No. 2:22-cv-01416-APG-NJK<br><br>**Order**<br><br>[Docket No. 9] |

Pending before the Court is a joint proposed discovery plan. Docket No. 9.[1] The discovery plan seeks an elongated discovery period by not calculating it from "the date the first defendant answered or otherwise appeared." *See* Local Rule 26-1(b)(1). Accordingly, the discovery plan is DENIED. The parties must either file a discovery plan that conforms to the default schedule in the local rules or comply with the requirements for seeking special scheduling review. An amended discovery plan must be filed by September 23, 2022.

IT IS SO ORDERED.

Dated: September 19, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Counsel violated the order to file the discovery plan by September 15, 2022. *Compare* Docket No. 9 *with* Docket No. 6. The Court expects strict compliance with all deadlines and orders moving forward.

1