**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHONNELL TYSON,<br><br>    Plaintiff<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>    Defendant | Case No.: 2:22-cv-01416-APG-NJK<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Albertson's LLC's response to the order to show cause (ECF No. 7),

I ORDER that the order to show cause (ECF No. 7) is satisfied and I will not remand this case to the state court for lack of subject matter jurisdiction at this time.

DATED this 19th day of September, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE