Jack P. Burden, Esq.
Nevada State Bar No. 6918
Dallin Knecht, Esq.
Nevada State Bar No. 16263
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
Dallinknecht@backuslaw.com
Attorneys for Defendant

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| SHONNELL TYSON, an individual, | 2:22-cv-01416-APG-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER re DISMISSAL WITH PREJUDICE** |
| ALBERTSON'S LLC, a foreign limited liability company, a foreign limited-liability company; DOES 1 through 10; and ROE ENTITIES 11 through 20, inclusive jointly and severally, | |
| Defendants. | |

Plaintiff SHONNELL TYSON, by and through her counsel Travis Rich, Esq of the DAVID BOEHRER LAW FIRM and Defendant ALBERTSON'S LLC, by and through its counsel Jack P. Burden, Esq. and Dallin Knecht, Esq. of BACKUS | BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with prejudice*.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: 3-24-23, 2023

**BACKUS | BURDEN**

_____
Jack P. Burden, Esq.
Dallin Knecht, Esq.
3050 South Durango Drive
Las Vegas, Nevada 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
DallinKnecht@backuslaw.com
*Attorneys for Defendant Albertson's LLC*

DATED: 3/21/23, 2023

**DAVID BOEHRER LAW FIRM**

_____
David D. Boehrer, Esq.
Travis J. Rich, Esq.
375 N. Stephanie Street, Suite 711
Henderson, Nevada 89014
T: (702) 750-0750
F: (702) 750-0751
david@dblf.com;
travis@dblf.com
*Attorneys for Plaintiff Shonnell Tyson*

<u>**ORDER - 2:22-cv-01416-APG-NJK**</u>

**IT IS SO ORDERED.**

DATED this 27th day of March, 2023

_____
**UNITED STATES DISTRICT JUDGE**

2